EDWARD BREDELL and ALFRED CHADWICK, Trustees, &c., Plaintiffs, *v.* SARAH A. COLLIER *et als.*, Defendants.

*Appeal from St. Louis Circuit Court.*

WAGNER, Judge, delivered the opinion of the court.

This case is again presented to the court upon the single question whether the decree in the court below is in accordance with the judgment rendered in this court at the March term, 1867. We have examined the decree and find it in substantial compliance with the opinion and judgment of this court in the case, and the judgment of the court below will therefore be affirmed. The other judges concur.